

**SALANS**
ATTORNEYS AT LAW

Rockefeller Center, 620 Fifth Avenue, New York, NY 10020-2457, USA
Tel +1 (212) 632 5500   Fax +1 (212) 632 5555
www.salans.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/09

John J. Hay  *Partner*
Direct Dial  (212) 632 8457
Direct Fax  (212) 307 3397
jhay@salans.com

August 14, 2009



RECEIVED
AUG 14 2009
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Court
500 Pearl Street
Chambers Room 2230
New York, NY 10007

   Re:   Bipinchandra Shah v. Commercial Bank "Obi'edinennyi
         Investitsionnyi Bank" (Limited Liability Company) ("ObiBank")
         Civil Action No. 09 Civ. 6121 (HB)

Dear Judge Baer:

    We represent Petitioner in the above referenced matter. This letter is sent on behalf of both parties as indicated by the signature of Clifford Chance US LLP, attorneys for Respondent ObiBank.

    The parties were before your Honor on August 11, 2009 for oral argument on Petitioner's request for an order of attachment in aid of arbitration. At that time it was agreed that the parties would submit letters to your Honor addressing certain legal authorities identified by your Honor during the hearing.

    At this time the parties jointly request that this matter be stayed until September 15, 2009. The parties have agreed that during this stay they will endeavor to amicably resolve the instant matter before the Court. If the matter is not resolved during the stay period, the parties will submit the above referenced letters to you Honor by September 18, 2009.

Salans LLP has offices, or is associated with Salans offices in:

ALMATY  BAKU  BARCELONA  BEIJING  BERLIN  BRATISLAVA  BUCHAREST  BUDAPEST  FRANKFURT  ISTANBUL  KYIV
LONDON  MADRID  MOSCOW  NEW YORK  PARIS  PRAGUE  SHANGHAI  ST. PETERSBURG  WARSAW

Salans LLP is a Limited Liability Partnership registered in England and Wales with Registration Number OC 316822. Regulated by the Solicitors' Regulation Authority of England and Wales. A list of the members of Salans LLP and of the non-members who are designated as partners of Salans LLP and/or its affiliated entities is available at its Registered Office: Millennium Bridge House, 2 Lambeth Hill, London EC4V 4AJ United Kingdom. See www.salans.com for further information.

NEWYORK 1282843.1

❖ SALANS

The Honorable Harold Baer, Jr.
Page 2

August 14, 2009

We therefore respectfully request your Honor's consent to the stay.

Respectfully submitted,

SALANS LLP

By: _____
John J. Hay
Attorneys for Petitioner
Bipinchandra Shah

Agreed and Consented

CLIFFORD CHANCE US LLP

By: _____

Attorneys for Respondent
Commercial Bank "Obi'edinennyi
Investitsionnyi Bank" (Limited Liability
Company) ("ObiBank")

Stayed until 9/15 on consent

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 8/17/09

NewYork 1282843.1

Endorsement:

    Stayed until September 15 on consent.